AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of a Firearm and Ammunition; 21 U.S.C. § 841(a)(1) – Distribution of Marijuana;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION  **FILED**

**DEFENDANT - U.S**

▶ LARON JOHNSON

DEC 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DISTRICT COURT NUMBER
**CR 18 602 JST**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    ALEX G. TSE

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    THOMAS R. GREEN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction  } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes  } If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments:

PENALTY SHEET
LARON JOHNSON

Count 1 - 922(g)(1):

| | | |
|---|---|---|
| a. | Imprisonment: | 10 years |
| b. | Fine: | $250,000 |
| c. | Supervised release term: | 3 years |
| d. | Mandatory Special assessment: | $100 |
| e. | Forfeiture | |

Count 2 - 21 U.S.C. §§ 841(a)(1) and (b)(1)(D):

| | | |
|---|---|---|
| a. | Maximum prison term | 5 years |
| b. | Maximum fine | $250,000 |
| d. | Maximum supervised release term | 3 years |
| e. | Minimum supervised release term | 2 years |
| f. | Restitution | |
| g. | Mandatory special assessment | $100 |
| h. | Forfeiture | |
| i. | Mandatory and discretionary denial of federal benefits upon conviction of drug offenses, per 21 U.S.C. §§ 862 and 862a. | |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

---

UNITED STATES OF AMERICA,

V.

LARON JOHNSON,

FILED
DEC 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CR 18 602 JST

DEFENDANT.

---

INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d), 28 U.S.C § 2461(c) – Forfeiture of a Firearm and Ammunition; 21 U.S.C. § 841(a)(1) – Distribution of Marijuana;
21 U.S.C. § 853 – Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this __13__ day of __DECEMBER__ 2018

_____
Clerk

Bail $ __NO PROCESS__  12/13/18

Kandis A. Westmore

ALEX G. TSE (CABN 152348)
United States Attorney

**FILED**

DEC 13 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. **CR 18 602 JST** |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 – Criminal Forfeiture |
| v. | |
| LARON JAMAL JOHNSON, | |
| Defendant. | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:            (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about September 22, 2018, in the Northern District of California, the defendant,

LARON JAMAL JOHNSON,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, namely, a .40 caliber Glock handgun, bearing serial number UCP815, and thirteen (13) rounds of Smith & Wesson .40 caliber ammunition, all in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

1

COUNT TWO: (21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession with Intent to Distribute Marijuana)

On or about September 22, 2018, in the Northern District of California, the defendant,

LARON JAMAL JOHNSON,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule I controlled substance, namely, marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 – Criminal Forfeiture)

1. The factual allegations contained in Counts One and Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a).

2. Upon a conviction for the offense alleged in Count One, the defendant,

LARON JAMAL JOHNSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm and ammunition involved in or used in any violation of said offense, including, but not limited to, the following property:

    a. one .40 caliber Glock handgun, bearing serial number UCP815 and an associated magazine; and

    b. thirteen (13) rounds of Smith & Wesson .40 caliber ammunition.

3. Upon a conviction for the offense alleged in Count Two above, the defendant,

LARON JAMAL JOHNSON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including but not limited to the following property:

INDICTMENT

2

a. Approximately $2,175 in United States currency, seized on September 22, 2018; and

b. One black digital scale.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

any and all interest the defendant has in any other property (not to exceed the value of the above forfeitable property) shall be vested in the United States and forfeited to the United States. All in violation of Title 18, United States Code Section 924(d)(1), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461, and pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 12/13/18

A TRUE BILL.

_____
FOREPERSON

ALEX G. TSE
United States Attorney

_____
GARTH HIRE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA THOMAS R. GREEN

INDICTMENT 3